**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, DENNIS ANTIEAU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 10-CR-0431-LJO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| DENNIS ANTIEAU, | |
| Defendant. | |

**SHOULD THIS HONORABLE COURT SO ALLOW;**

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, DENNIS ANTIEAU, through his attorney, Richard P. Berman, hereby agree and stipulate that Defendant, DENNIS ANTIEAU's, May 29, 2012, sentencing hearing be continued to September 10, 2012, to allow for Mr. ANTIEAU's hip surgery prior to incarceration.

The parties base this stipulation on good cause in that Defendant is scheduled for hip surgery on May 25, 2012, due to severe arthritis which affects his ability to walk and stand. His doctor has anticipated that his recovery should take approximately three months.  Therefore, Defendant should

1 | hopefully be recovered around August 25, 2012. A letter from his
2 | doctor is attached hereto.

It should be noted that DENNIS ANTIEAU has been a model Defendant on Pretrial Services Release and has been working closely with his Pretrial Services Officer to accomplish all of the necessary arrangements pertaining to his ankle monitoring during this procedure.

Any delay resulting from this continuance shall be excluded from the Speedy Trial Act provisions in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweighs the interests of defendant and the public in a speedy trial. See 18 U.S.C. sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO STIPULATED.

Dated: May 4, 2012.      Respectfully submitted,

                         LAW OFFICE OF RICHARD P. BERMAN


                         By /s/ RICHARD P. BERMAN
                            RICHARD P. BERMAN
                            Attorney for Defendant,
                            DENNIS ANTIEAU

Dated: May 4, 2012.      BENJAMIN B. WAGNER
                         United States Attorney


                         By  /s/ BRIAN W. ENOS
                            BRIAN W. ENOS
                            Assistant U.S. Attorney

///
///
///

**ORDER**

Good cause appearing therefore, the sentencing hearing in this matter is reset to September 10, 2012, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2012**                          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE