1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6       United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   1:10-CR-00431-LJO
                                  )
12          Plaintiff,             )   FINAL ORDER OF FORFEITURE
                                  )
13      v.                         )
                                  )
14  DENNIS ANTIEAU,               )
                                  )
15          Defendant.             )
                                  )
16  _____)

17      WHEREAS, on April 19, 2012, this Court entered a Preliminary

18  Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253,

19  based upon the plea agreement entered into between plaintiff and

20  defendant Dennis Antieau forfeiting to the United States the

21  following property:

22          a.   Dell Desktop Computer seized from defendant
                 by law enforcement on or about September 21,
23               2010;

24          b.   Compact discs and other storage devices
                 containing depictions of minors engaged
25               in sexually explicit conduct and seized by
                 law enforcement on or about September 21,
26               2010.

27      AND WHEREAS, beginning on July 11, 2012, for at least 30

28  consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Dennis Antieau.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 15, 2013**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE