ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
DENNIS ANTIEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00431 LJO |
| ) Plaintiff, ) | |
| ) vs. ) ) | STIPULATION, DECLARATION OF ANTHONY P. CAPOZZI AND ORDER TO CONTINUE SURRENDER DATE |
| DENNIS ANTIEAU, ) ) Defendant. ) ) | |

It is hereby stipulated between the United States Attorney by and through its counsel Brian Enos, the Defendant, Dennis Antieau, by and through his counsel of record, Anthony P. Capozzi that the surrender date of January 17, 2013, be the Federal Correctional Institution at Lompoc, California, be vacated and that a new surrender date of March 1, 2013, be ordered.

///

///

///

///

///

- 1 -
Stipulation, Declaration and [Proposed] Order to Continue Surrender Date
CASE NO.: 1:10-CR-00431 LJO

IT IS SO STIPULATED.

Dated: January 14, 2013

/s/ Brian Enos
Assistant United States Attorney

Dated: January 14, 2013

/s/ Anthony P. Capozzi
Anthony P. Capozzi
Attorney for
DENNIS ANTIEAU

## **DECLARATION OF ANTHONY P. CAPOZZI**

I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and is in good standing. I am the owner of the Law Offices of Anthony P. Capozzi, counsel of record for Defendant, Dennis Antieau. I have personal knowledge of the facts stated below and could testify competently to them if required.

1. This attorney has been retained by Defendant, Dennis Antieau, in an attempt to have the Bureau of Prisons designate the Defendant to the Medical Facility at Terminal Island.

2. The Defendant's previous attorney, Richard Berman, has since retired and is not able to represent Mr. Antieau.

3. Mr. Antieau has a serious heart condition which must be attended to while incarcerated.

4. Mr. Antieau's medical records have not been submitted to the Probation Office nor to the Bureau of Prisons

regarding this issue.

5. This attorney has spoken to the United States Pre-trial officer Jacob Scott and to Assistant United States Attorney Brian Enos and both agree to a continuance of the surrender date.

6. It is respectfully requested that the Defendant be allowed to surrender on March 1, 2013, at 2:00 p.m. in order to submit his medical records to the Bureau of Prisons for review and a re-designation to Terminal Island.

*/s/ Anthony Capozzi*
Anthony P. Capozzi
Declarant

**ORDER**

IT IS SO ORDERED.

Dated: **January 15, 2013**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE