```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
DENNIS ANTIEAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>DENNIS ANTIEAU,<br><br>       Defendant. | Case No.: 1:10-CR-00431 LJO<br><br>STIPULATION, DECLARATION OF ANTHONY P. CAPOZZI AND ORDER TO CONTINUE SURRENDER DATE |

It is hereby stipulated between the United States Attorney by and through its counsel Brian Enos, the Defendant, Dennis Antieau, by and through his counsel of record, Anthony P. Capozzi that the surrender date of June 3, 2013, to the Federal Correctional Institution at Lompoc, California, be vacated and that a new surrender date of **July 15, 2013**, be ordered.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: May 29, 2013

                                          /s/ Brian Enos
                                          Assistant United States Attorney

Dated: May 29, 2013

                                          /s/ Anthony P. Capozzi
                                          Anthony P. Capozzi
                                          Attorney for
                                          DENNIS ANTIEAU

## **DECLARATION OF ANTHONY P. CAPOZZI**

    I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and is in good standing. I am counsel of record for Defendant, Dennis Antieau. I have personal knowledge of the facts stated below and could testify competently to them if required.

    1. This attorney has been retained by Defendant, Dennis Antieau, in an attempt to have the Bureau of Prisons re-designate the Defendant to the Medical Facility at Terminal Island.

    2. The Defendant's previous attorney, Richard Berman, has since retired and is not able to represent Mr. Antieau.

    3. Mr. Antieau has a serious heart condition which must be attended to while incarcerated.

    4. Mr. Antieau's medical records were sent via the United States Postal Service Express Mail to the Federal Correctional Institute at Lompoc, California and the Bureau

of Prisons Designation Center in Grand Prairie, Texas on February 21, 2013.

5. In a letter dated March 25, 2013, FCI Lompoc requested a Consent to Release Information form signed by Defendant. Defendant signed the Consent Form on March 29, 2013, and it was submitted. The signed form was also faxed on Wednesday, May 29, 2013.

6. This attorney has spoken to the United States Pre-trial officer Jacob Scott and to Assistant United States Attorney Brian Enos and both agree to a continuance of the surrender date.

8. It is respectfully requested that the Defendant be allowed to surrender on **July 15, 2013, at 2:00 p.m.** in order for the Bureau of Prisons to review his medical records and to issue its decision regarding a re-designation to Terminal Island.

> /s/ Anthony Capozzi
> Anthony P. Capozzi
> Declarant

**ORDER**

Good cause has been shown to vacate Defendant's surrender date of June 1, 2013, said date is vacated and a new surrender date of **July 15, 2013, at 2:00 p.m.** is hereby ordered.

Lawrence J. O'Neill

IT IS SO ORDERED.

Dated: __May 30, 2013__                             __/s/ Lawrence J. O'Neill__
                                                                         UNITED STATES DISTRICT JUDGE